JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA BIRKY-STRONG,<br><br>  Plaintiff,<br><br>  vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>  Defendant. | Case No. 2:23-cv-03260 SPG (MAAx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. Sherilyn Peace Garnett<br><br>Complaint Filed: April 28, 2023 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:23-cv-03260 SPG (MAAx), is dismissed in its entirety as to all defendants with prejudice. All dates set in this matter are hereby vacated and taken off calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: July 13, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

180549.1